CITY OF NEWARK v. TOWNSHIP OF WEST MILFORD.

October 4, 1983.

Cross-petition for certification denied.

KEITH ALFORD v. WILLIAM H. FAUVER, COMMISSIONER, DEPARTMENT OF CORRECTIONS.

October 4, 1983.

Petition for certification denied.

PETER PROCANIK v. JOSEPH PETER CILLO AND HAROLD A. SHERMAN.

October 4, 1983.

Petition for certification granted.

ARTHUR WHITTAKER v. ROBERT D. SMITH.

October 4, 1983.

Leave to appeal is granted and the matter is remanded to the Superior Court, Law Division, Hudson County for a determination as to whether the defendant should be required to post security pending the proceedings ordered by the Appellate Division and the amount of said security.

Jurisdiction is not retained.